[No. 44117-9-II.   Division Two.   July 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLY FAIRMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00513-1, Marilyn K. Haan, J., entered October 17, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 44265-5-II.   Division Two.   July 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN P. STOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00438-4, Toni A. Sheldon, J., entered November 13, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Hunt and Melnick, JJ.

[No. 44336-8-II.   Division Two.   July 1, 2014.]

COLUMBIA STATE BANK, *Respondent*, v. AMAS CANZONI ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00474-6, Lisa L. Sutton, J., entered November 27, 2012. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 44347-3-II.   Division Two.   July 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA LEIGH BOHRER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01071-6, Rosanne Buckner, J., entered December 21, 2012. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Hunt and Maxa, JJ.